**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

RYAN PEUGH,

                          Plaintiff,

    - against -

BETTER HOLDCO, INC.,

                          Defendant.

------------------------------------------------------------------------X

**Case No. 22-cv-9475**

**CLERK'S CERTIFICATE OF DEFAULT**

      I, Ruby J. Krajick, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the Summons and Complaint were filed on November 4, 2022, and that service was made on Defendant BETTER HOLDCO, INC., on December 30, 2022.

      Defendant BETTER HOLDCO, INC. has not filed an Answer or otherwise moved with respect to the Complaint herein. The default of Defendant BETTER HOLDCO, INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York

             , 2023

                                      RUBY J. KRAJICK, Clerk of Court

                                      By: _____
                                           Deputy Clerk