UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RYAN PEUGH,

                Plaintiff,

         -against-

BETTER HOLDCO, INC.,

                Defendant.
------------------------------------------------------------------X

22 civ 9475 (JGK)

## ORDER

The plaintiff proposed default papers on January 27, 2023.  However, the papers are not

in compliance with this Court's rules, regarding default judgments.

The plaintiff shall file default papers, via order to show cause and in compliance with this

Court's rules, by **February 9, 2023.**

The Conference set for February 14, 2023 at 3:30pm is canceled.

**SO ORDERED.**

                                                     **JOHN G. KOELTL**
                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 31, 2023