**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X   Case No.: 22-cv-9475

RYAN PEUGH,

                                 Plaintiff,        **[PROPOSED]**
                                                            **ORDER TO SHOW CAUSE**
                  - against-                             **FOR DEFAULT JUDGMENT**

BETTER HOLDCO, INC.,

                                 Defendant.
------------------------------------------------------------------------X

     Upon the Declaration of Ryan Peugh, sworn to on the 8th day of February 2023, the Declaration of Joseph Myers, Esq., sworn to on the 9th day of February 2023, the accompanying Memorandum of Law and exhibits annexed thereto, it is ORDERED that Defendant, BETTER HOLDCO, INC., show cause before the Honorable John G. Koeltl of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 why an Order should not be issued pursuant to Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff, RYAN PEUGH, for an Order:

    i.    Granting Plaintiff's Motion for Default Judgment against Defendant BETTER HOLDCO, INC.

     The defendant shall respond in writing to this Order to Show Cause for a default judgment by _____.  If the defendant fails to respond by that date, judgment may be entered against it and the defendant will have no trial.  The plaintiff may reply by _____.

     The plaintiff shall serve a copy of this Order to Show Cause by _____ and shall file proof of service by _____.

No personal appearances are required in connection with this Order to Show Cause.

Dated: New York, New York

_____, 2023

_____
THE HONORABLE JOHN G. KOELTL