UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Case No. 22-cv-9475

RYAN PEUGH,

                     Plaintiff,   **AFFIDAVIT OF SERVICE**

   -against-

BETTER HOLDCO, INC.,

                     Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK   }
                              } ss.
COUNTY OF NASSAU   }

I, Melyssa Kannett, being sworn, deposes and says:

I am not a party to this action, am over eighteen (18) years of age and reside in Nassau County, New York.

On February 10, 2023, I served a copy of the Order to Show Cause for Default Judgment signed by the Honorable John G. Koeltl on February 10, 2023, along with all supporting papers, which include the Declaration of Joseph Myers, signed on February 9, 2023, with Exhibits A-H, the Declaration of Ryan Peugh, signed on February 8, 2023, with Exhibit A, a Statement of Damages, a Proposed Default Judgment and a Memorandum of Law in Support of Plaintiff's Motion for Default Judgment upon Defendant Better Holdco, Inc., 175 Greenwich Street, 59th Floor, New York, NY 10007, by first-class mail and certified mail (7004 1350 0000 5582 7052).

                                                    MELYSSA KANNETT

Sworn to before me this
14th day of February, 2023

_____
NOTARY PUBLIC

JOSEPH MYERS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MY6373383
Qualified in Suffolk County
Commission Expires April 9, 2026