

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Jeanine Conley Daves
347.803.5239 direct
212.583.9600 main
212.832.2719 fax
jconley@littler.com

March 2, 2023

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    **Ryan Peugh v. Better HoldCo, Inc**.
         Case No. 22-cv-09475 (JGK)

Dear Judge Koeltl:

      This firm represents Defendant Better HoldCo, Inc. in the above-referenced matter. We write pursuant to Rule 1E of Your Honor's Individual Rules of Practice to respectfully request an extension of Defendant's time to answer the Complaint dated November 4, 2022 to March 31, 2023. Defendant did not receive papers that the affidavit of service states was served on the Secretary of State and did not have knowledge of Plaintiff's Motion for Default Judgment, nor was it aware of Your Honor's Order requiring Defendant to respond to the Order to Show Cause by February 24, 2023 (Dkt. 18) until recently. Defendant has conferred with Plaintiff's counsel, and Plaintiff's counsel has agreed to this extension, as well as to withdraw their Motion for Default Judgment. This is Defendant's first request for an extension of time to respond to the Complaint.

Respectfully submitted,

*/s/ Jeanine Conley Daves*

Jeanine Conley Daves

cc: Counsel of Record (via ECF)

littler.com