UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

RYAN PEUGH,

                Plaintiff,

    - against -

BETTER HOLDCO, INC.,

                Defendant.
---

22-cv-9475 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 17, 2023.

SO ORDERED.

Dated:    New York, New York
            April 1, 2023

                                              John G. Koeltl
                                      United States District Judge