UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

RYAN PEUGH,

        Plaintiff,

v.

BETTER HOLDCO, INC.

        Defendant.

Case No. 1:22-cv-09475

### JOINT STIPULATION TO EXTEND RULE 26(f) REPORT DEADLINE

Plaintiff, Ryan Peugh, and Defendant, Better HoldCo. (collectively, the "Parties") hereby agree and stipulate that the deadline to submit a Joint Rule 26(f) Report in this matter be extended to three days after the Parties' mediation session. The Parties expect to be assigned a mediator by April 21, 2023.

_____
Marjorie Mesidor, Esq.
Joseph Myers, Esq.
**PHILLIPS & ASSOCIATES**
585 Stewart Avenue, Suite 410
Garden City, NY 11530
mmesidor@tpglaws.com
jmyers@tpglaws.com
T: 212.248.7431

*Attorneys for Plaintiff*

Dated: April 14, 2023

/s/ *Jeanine Conley Daves*
Jeanine Conley Daves, Esq.
Emily Gaines, Esq.
**LITTLER MENDELSON, P.C.**
900 Third Avenue, Eighth Floor
New York, NY 10022
JConley@littler.com
egaines@littler.com
T: 212.583.9600

*Attorneys for Defendant*

Dated: April 13, 2023

SO ORDERED:

_____
4/15/23  U.S.D.J.