UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN PEUGH,<br><br>                Plaintiff,<br><br>-against-<br><br>BETTER HOLDCO, INC.,<br><br>                Defendant. | Case No. 1:22-cv-09475 (JGK)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ryan Peugh and Defendant Better Holdco, Inc. n/k/a Better Home & Finance Holding Company stipulate to dismissal of the above-styled action in its entirety with prejudice, with each party bearing its own attorney's fees and costs.

Respectfully submitted this 19th day of August 2024.

PHILLPS & ASSOCIATES, PLLC.

By: _____
Joshua Friedman
Joseph Myers
585 Stewart Avenue, Suite 410
Garden City, NY 11530
Telephone: (212) 248-7431
E-mail: jfriedman@tpglaw.co
        jmyers@tpglaws.com

Attorneys for Plaintiff

LIPPES MATHIAS LLP

By: /s/ *Michael J. Lufkin*
Richard M. Scherer, Jr.
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
E-mail: rscherer@lippes.com

Michael J. Lufkin (*Admitted pro hac vice*)
Sarah B. Purpura (*Admitted pro hac vice*)
10151 Deerwood Park Blvd.
Bldg. 300, Suite 300
Jacksonville, FL 32256
Telephone: (904) 660-0020
E-mail: mlufkin@lippes.com
        spurpura@lippes.com

Attorneys for Defendant